JOSEPH WALTER, DEFENDANT IN ERROR, v. WESTING-
HOUSE, CHURCH, KERR & COMPANY, PLAINTIFFS IN
ERROR.

Argued December 3, 1906—Decided March 26, 1907.

On error to the Supreme Court.

For the plaintiffs in error, *Lewis, Besson & Stevens.*

For the defendant in error, *Raymond & Van Blarcom.*

PER CURIAM.
The court being equally divided, the judgment below is
affirmed.

*For · affirmance* — GARRISON, FORT, PITNEY, SWAYZE,
VROOM, GREEN, GRAY, J.J.  7.

*For reversal*—THE CHANCELLOR, GARRETSON, HENDRICK-
SON, REED, TRENCHARD, BOGERT, VREDENBURGH, J.J.  7.